Kenneth S. Humphrey, Bar No. 150102
Neil H. Berger, Bar No. 116447
**Humphrey, Berger & Associates, LLP**　　　　　　　　**MADE JS-6**
23901 Calabasas Road, Suite 1069
Calabasas, CA  91302
Telephone: (818) 871-0111
Facsimile:   (818) 871-0765

**Attorneys for Plaintiff,
Sunrise Business Resources, Inc.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNRISE BUSINESS RESOURCES, INC., a corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AFFIRMATIVE INSURANCE COMPANY, a corporation and DOES 1 through 100,<br><br>　　　　Defendant. | **Case No.  2:09-CV06836-GW-FFM**<br>**[Assigned to the Honorable George H. Wu]**<br><br>**ORDER RE: DISMISSAL** |

This Court, having reviewed the Stipulation for Dismissal signed by all parties, through their respective counsel, and filed in this action, orders as follows:

**IT IS SO ORDERED:**

That the First Amended Complaint, the operative pleading, brought by plaintiff, Sunrise Business Services against defendant, Affirmative Insurance Company, herein be dismissed and all appearances vacated.

DATED: July 23, 2010

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　The Honorable Judge, George Wu

-1-

[PROPOSED] ORDER RE: DISMISSAL